## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY MURRAY,<br>    Plaintiff, | CASE NO. 2:21-cv-00318-WB |
| vs. | |
| TRANS UNION LLC and EQUIFAX<br>INFORMATION SERVICES LLC,<br>    Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Kimberly Murray ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union Only, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 20, 2023.

/s/ Matthew B. Weisberg (with consent)
Matthew B. Weisberg, Esq.
Weisberg Law
7 South Morton Avenue
Morton, PA  19070
Telephone:  (610) 690-0801
Fax:  (610) 690-0880
E-Mail:  mweisberg@weisberglawoffices.com

Gary Schafkopf, Esq.
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA  19004
Telephone:  (610) 664-5200
Fax:  (888) 238-1334
E-Mail:  gschafkopf@gmail.com

Dennis D. McCarty, Esq.
McCARTY & RABURN
2931 Ridge Rd, Suite 101 #504
Rockwall, TX  75032
Telephone:  (877) 994-3289
Fax:  (817) 887-5069
E-Mail:  dennismccartylaw.@gmail.com

*Counsel for Plaintiff Kimberly Murray*

Date: December 20, 2023.

*/s/ Justin T. Walton*
Justin T. Walton, Esq.
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (317) 902-9640
Fax:  (312) 466-7986
E-Mail: justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*

Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA  19107
Telephone:  (215) 574-0600
Fax:  (215) 574-0310
E-Mail:  cg@sidkoffpincusgreen.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of January, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Gary Schafkopf, Esq. gschafkopf@gmail.com | Matthew B. Weisberg, Esq. mweisberg@weisberglawoffices.com |
|---|---|
| Dennis McCarty, Esq. dennismccartylaw@gmail.com | Jakob F. Williams, Esq. jfwilliams@clarkhill.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of January, 2023** properly addressed as follows:

| None. | |
|---|---|

*/s/ Justin T. Walton*
Justin T. Walton, Esq.
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (317) 902-9640
Fax:  (312) 466-7986
E-Mail: justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*