UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

KIMBERLY MURRAY,                     CASE NO. 2:21-cv-00318-WB
    Plaintiff,

vs.

TRANS UNION LLC and EQUIFAX
INFORMATION SERVICES LLC,
    Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Kimberly Murray ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union Only, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                  Respectfully submitted,

Date: January 20, 2023.              /s/ Matthew B. Weisberg (with consent)
                                          Matthew B. Weisberg, Esq.
                                          Weisberg Law
                                          7 South Morton Avenue
                                          Morton, PA  19070
                                          Telephone:  (610) 690-0801
                                          Fax:  (610) 690-0880
                                          E-Mail:  mweisberg@weisberglawoffices.com

                                          Gary Schafkopf, Esq.
                                          Schafkopf Law, LLC
                                          11 Bala Avenue
                                          Bala Cynwyd, PA  19004
                                          Telephone:  (610) 664-5200
                                          Fax:  (888) 238-1334
                                          E-Mail:  gschafkopf@gmail.com

        Dennis D. McCarty, Esq.
        McCARTY & RABURN
        2931 Ridge Rd, Suite 101 #504
        Rockwall, TX  75032
        Telephone:  (877) 994-3289
        Fax:  (817) 887-5069
        E-Mail:  dennismccartylaw.@gmail.com

        *Counsel for Plaintiff Kimberly Murray*

Date: December 20, 2023.        */s/ Justin T. Walton*
        Justin T. Walton, Esq.
        TransUnion, LLC
        555 West Adams Street
        Chicago, IL  60661
        Phone:  (317) 902-9640
        Fax:  (312) 466-7986
        E-Mail: justin.walton@transunion.com

        *Counsel for Defendant Trans Union, LLC*

        Casey B. Green, Esq.
        Sidkoff, Pincus & Green, P.C.
        1101 Market Street, Suite 2700
        Philadelphia, PA  19107
        Telephone:  (215) 574-0600
        Fax:  (215) 574-0310
        E-Mail:  cg@sidkoffpincusgreen.com

        *Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of January, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Gary Schafkopf, Esq.<br>gschafkopf@gmail.com | Matthew B. Weisberg, Esq.<br>mweisberg@weisberglawoffices.com |
|---|---|
| Dennis McCarty, Esq.<br>dennismccartylaw@gmail.com | Jakob F. Williams, Esq.<br>jfwilliams@clarkhill.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of January, 2023** properly addressed as follows:

| None. | |
|---|---|

*/s/ Justin T. Walton*
Justin T. Walton, Esq.
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (317) 902-9640
Fax:  (312) 466-7986
E-Mail: justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY MURRAY,               CASE NO. 2:21-cv-00318-WB
    Plaintiff,

vs.

TRANS UNION LLC and EQUIFAX
INFORMATION SERVICES LLC,
    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Kimberly Murray, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Kimberly Murray against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Kimberly Murray and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 01/25/2023

/s/Wendy Beetlestone, J.
JUDGE, United States District Court,
Eastern District of Pennsylvania

DISTRIBUTION TO:

| | |
|---|---|
| Gary Schafkopf, Esq.<br>gschafkopf@gmail.com | Matthew B. Weisberg, Esq.<br>mweisberg@weisberglawoffices.com |
| Dennis McCarty, Esq.<br>dennismccartylaw@gmail.com | Jakob F. Williams, Esq.<br>jfwilliams@clarkhill.com |
| Casey B. Green, Esq.<br>cg@sidkoffpincusgreen.com | Justin T. Walton, Esq.<br>Justin.walton@transunion.com |