UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY MURRAY,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>et al.,<br>    Defendants. | CASE NO. 2:21-cv-00318 |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**

Plaintiff Kimberly Murray ("Plaintiff"), by counsel, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: February 17, 2023

| WEISBERG LAW | CLARK HILL PLC |
|---|---|
| /s/ *Matthew B. Weisberg (w/ consent)*<br>Matthew B. Weisberg, Esquire<br>Attorney for Plaintiff | /s/ *Jakob Williams*<br>Jakob Williams, Esquire<br>Attorney for Equifax Information Services LLC |

**AND IT IS SO ORDERED.**

_____
Judge