IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY MURRAY,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | |
| **EQUIFAX INFORMATION SERVICES LLC et al .,** | **NO.  21-0318** |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 21st day of February, 2023, it is **HEREBY ORDERED** that the above

matter be removed from **SUSPENSE**, and the Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**